Louis Solomon, administrator of the estate of Paul Solomon, deceased, appellant, v. George W. Wead and the Woodlawn Trust and Savings Bank, trustee, impleaded with H. M. Marsh, appellees. Gen. No. 35,117.

Heard in the third division of this court for the first district at the April term, 1931. Opinion filed November 16, 1932.

Estelle M. Wells and Elizabeth Buchhalter, for appellant. Langworthy, Stevens, McKeag & McCormack, for appellees; James McKeag, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Anna Dyrek, plaintiff in error, v. George Zemaitis, defendant in error. Gen. No. 35,404.

Heard in the third division of this court for the first district at the October term, 1931. Opinion filed November 16, 1932.

Frederic L. Goff, for plaintiff in error. Slakis & Spence, for defendant in error.

Mr. Justice Hebel delivered the opinion of the court.

W. C. Handley, appellee, v. Carl J. Ringbloom et al., appellants. Gen. No. 35,505.

Heard in the third division of this court for the first district at the October term, 1931. Opinion filed November 16, 1932.

Rathje, Wesemann, Hinckley & Barnard, for appellants; Francis E. Hinckley, of counsel. Nuttall & Flood, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Straus National Bank & Trust Company of Chicago, guardian of the estate of Alex Janoszewski, a minor, appellee, v. James Tomczak, trading as South Shore Coal and Teaming Company, appellant. Gen. No. 35,523.

Heard in the third division of this court for the first district at the October term, 1931. Opinion filed November 16, 1932.

John A. Bloomingston, for appellant. F. W. Jaros and Charles C. Spencer, for appellee.

Mr. Justice Hebel delivered the opinion of the court.